

FILED
MAR 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RODWICK JOHNSON,**

                Petitioner,

v.

**GEORGE NEOITTI, Warden,**

                Respondent.

Case No. C 10-3133 JSW (PR)

**[PROPOSED] ORDER**

    IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on November 29, 2010, and provide the relevant state court record, will be extended to April 14, 2011. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: MAR 16, 2011

                                          The Honorable Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODWICK JOHNSON,

    Plaintiff,

v.

GEORGE NEOITTI et al,

    Defendant.

Case Number: CV10-03133 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodwick Johnson CDC C-39197
Donovan Correctional Facility
480 Alta Road
P O Box 799001
San Diego, CA 92179-9001

Dated: March 16, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk